**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Sheila D. Roberts aka Sheila Roberts<br>         John J. Roberts aka John Roberts<br>                          Debtor | CHAPTER 13 |
| Bank of America as serviced by Shellpoint Mortgage Servicing<br>                  Movant<br>       vs. | NO. 15-15624 REF |
| Sheila D. Roberts aka Sheila Roberts<br>John J. Roberts aka John Roberts<br>                          Debtor | 11 U.S.C. Section 362 and 1301 |
| Frederick L. Reigle Esq.<br>                  Trustee | |

**ORDER**

IT IS HEREBY ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 124 1st Tafton Road, Tafton, PA 18464 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: November 2, 2016**

_____
United States Bankruptcy Judge.

Sheila D. Roberts aka Sheila Roberts
756 Hill Road
Blandon, PA 19510

John J. Roberts aka John Roberts
756 Hill Road
Blandon, PA 19510

Shawn J. Lau Esq.
4228 Saint Lawrence Avenue (VIA ECF)
Reading, PA 19606

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532