United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 15-15624-ref
John J. Roberts                                                                                 Chapter 13
Sheila D. Roberts
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela              Page 1 of 1              Date Rcvd: Nov 03, 2016
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2016.
db/jdb         +John J. Roberts,    Sheila D. Roberts,   756 Hill Road,   Blandon, PA 19510-9733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH L. HAINES    on behalf of Creditor    Fleetwood Bank jhaines@hainesattorneys.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America as serviced by Shellpoint Mortgage
               Servicing bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SHAWN J. LAU    on behalf of Debtor John J. Roberts shawn_lau@msn.com
              SHAWN J. LAU    on behalf of Joint Debtor Sheila D. Roberts shawn_lau@msn.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                               TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Sheila D. Roberts aka Sheila Roberts<br>       John J. Roberts aka John Roberts<br>                       Debtor | CHAPTER 13 |
| Bank of America as serviced by Shellpoint Mortgage Servicing<br>                       Movant<br>            vs. | NO. 15-15624 REF |
| Sheila D. Roberts aka Sheila Roberts<br>John J. Roberts aka John Roberts<br>                       Debtor | 11 U.S.C. Section 362 and 1301 |
| Frederick L. Reigle Esq.<br>                       Trustee | |

**ORDER**

      IT IS HEREBY ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 124 1st Tafton Road, Tafton, PA 18464 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: November 2, 2016**

                                                                                                                      United States Bankruptcy Judge.

Sheila D. Roberts aka Sheila Roberts
756 Hill Road
Blandon, PA 19510

John J. Roberts aka John Roberts
756 Hill Road
Blandon, PA 19510

Shawn J. Lau Esq.
4228 Saint Lawrence Avenue (VIA ECF)
Reading, PA 19606

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532