## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JOHN J. ROBERTS<br>aka JOHN ROBERTS<br>AND<br>SHEILA D. ROBERTS<br>aka SHEILA ROBERTS<br>DEBTORS | BANKRUPTCY NO. 15-15624<br><br>CHAPTER NO. 13 |

### NOTICE OF OBJECTION TO FORM 410S2 NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES WITH REGARD TO PROOF OF CLAIM #7 FILED BY FLEETWOOD BANK

Lau & Associates P.C. as Counsel to John J. Roberts and Sheila D. Roberts, Debtors in the above captioned bankruptcy matter has filed an objection to form 410S2 Notice of Postpetition Mortgage Fess, Expenses, and Charges with regard to Proof of Claim #7 filed by Fleetwood Bank you filed in this bankruptcy case.

<u>Your claim may be reduced, modified, or eliminated.</u>  You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Richard E. Fehling on **Thursday, March 23, 2017** at 9:30 a.m., in Courtroom 1A, United States Bankruptcy Court, 400 Washington Street, Third Floor, Reading, Pennsylvania.

 If you or your attorney do not attend the hearing on the objection, the court may decide that you do no oppose the objection to your claim.

LAU & ASSOCIATES P.C.

Date: <u>February 8, 2017</u>

<u>/s/Shawn J. Lau</u>
Shawn J. Lau, Esquire
4228 St. Lawrence Avenue
Reading PA  19606
Telephone: 610-370-2000
Facsimile: 610-370-0700