B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **John J. Roberts / Sheila D. Roberts**, Debtor(s)

Case No. **15-15624**
Chapter **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **24** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 31, 2017**    Signature **/s/ John J. Roberts**
**John J. Roberts**
Debtor

Date **August 31, 2017**    Signature **/s/ Sheila D. Roberts**
**Sheila D. Roberts**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.