THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>JOHN J. ROBERTS<br>aka JOHN ROBERTS<br>AND<br>SHEILA D. ROBERTS<br>aka SHEILA ROBERTS<br>　　　　　　DEBTORS | BANKRUPTCY NO. 15-15624<br><br>CHAPTER NO. 13 |
|---|---|

## CERTIFICATE OF SERVICE

      I, Shawn J. Lau, Esquire of Lau & Associates, P.C., do hereby certify that I served a true and correct copy of the Debtors' Amended Summary of Your Assets and Liabilities and Certain Statistical Information; Amended Schedule I; Amended Schedule J; and Amended Declaration About an Individual Debtor's Schedules via electronic means and/or first class mail on this 31st day of August 2017 upon the following parties:

Chapter 13 Trustee
Frederick Reigle
2901 St. Lawrence Avenue
Reading, PA 19606

Office of the US Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

                                                                          Lau & Associates, P.C.
                                                                        */s/Shawn J. Lau*
                                                                        Shawn J. Lau, Esquire
                                                                        4228 St. Lawrence Avenue
                                                                        Reading, PA 19606
                                                                        610-370-2000 Phone
                                                                        610-370-0700 Fax