Shawn J. Lau, Esquire
Lau & Associates, P.C.
Attorney for Debtor
4228 St. Lawrence Avenue
Reading, PA  19606
610-370-2000 phone
610-370-0700 fax
shawn_lau@msn.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>**JOHN J. ROBERTS**<br>aka **JOHN ROBERTS**<br>**AND**<br>**SHEILA D. ROBERTS**<br>aka **SHEILA ROBERTS**<br>　　　　　　**DEBTORS** | **BANKRUPTCY NO. 15-15624**<br><br>**CHAPTER NO. 13** |
|---|---|

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

  Debtors, John J. Roberts and Sheila D. Roberts, have filed a Motion to Modify Plan pursuant to §1329 of the United States Bankruptcy Code in the above-captioned matter.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

  1. If you do not want the court to grant the relief sought in the motion <u>September 14, 2017</u> you or your attorney must do ALL of the following:

    (a) File an answer explaining your position at

      United States Bankruptcy Court
      The Madison Building
      400 Washington Street
      Suite 301
      Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

  (b)  Mail a copy to the movant's attorney

    Shawn J. Lau, Esquire
    Lau & Associates, P.C.
    4228 St. Lawrence Avenue
    Reading, PA 19606
    610-370-2000 Phone
    610-370-0700 Fax

  2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3.  A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on <u>Thursday, September 21, 2017</u> at 9:30 a.m. in the United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, PA 19601.

  4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.


Dated: <u>August 31, 2017</u>      <u>*/s/Shawn J. Lau*</u>
                Shawn J. Lau, Esquire
                Lau & Associates, P.C.