Shawn J. Lau, Esquire
Attorney ID #:  56071
LAU & ASSOCIATES, P.C.
4228 St. Lawrence Avenue
Reading, PA 19606
Shawn_Lau@msn.com
(610) 370-2000 Phone
(610) 370-0700 Facsimile
Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>**JOHN J. ROBERTS**<br>aka **JOHN ROBERTS**<br>AND<br>**SHEILA D. ROBERTS**<br>aka **SHEILA ROBERTS**<br>                    **DEBTORS** | **BANKRUPTCY NO. 15-15624**<br><br>**CHAPTER NO. 13** |
|---|---|

**CERTIFICATION OF NO RESPONSE**

I, Shawn J. Lau, Esquire, of Lau & Associates, P.C., counsel for the Debtors do hereby certify that no answer, objection, responsive pleading or request for a hearing has been served upon me, or to the best of my knowledge, filed with the Court, in response to the Debtors' Notice and Motion to Modify Debtor's Amended Plan Post-Confirmation under §1329 which was served upon all parties of interest on August 31, 2017.

WHEREFORE, it is respectfully requested that this Honorable Court enter the Order granting the Debtors' Motion to Modify Debtor's Amended Plan Post-Confirmation under §1329 attached to the Motion.

Dated: September 15, 2017              LAU & ASSOCIATES, P.C.
                                       By: */s/ Shawn J. Lau*
                                       Shawn J. Lau, Esquire
                                       4228 St. Lawrence Avenue
                                       Reading, PA 19606