IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JOHN J. ROBERTS<br>aka JOHN ROBERTS<br>AND<br>SHEILA D. ROBERTS<br>aka SHEILA ROBERTS<br>　　　　　　DEBTORS | BANKRUPTCY NO. 15-15624<br><br>CHAPTER NO. 13 |

## ORDER APPROVING MODIFICATION OF PLAN UNDER § 1329

AND NOW, upon consideration of the Debtors' Motion to Modify their Amended Chapter 13 Plan, it is hereby

ORDERED that the Debtors' Chapter 13 Plan is modified to increase their plan payment to $422.70 per month for thirty-six (36) months beginning with their September 5, 2017 payment to pay: secured claims of: Fleetwood Bank with a remaining amount owed of $11,095.42; a pro rata distribution of the remaining plan amount on allowed timely filed unsecured claims; and to pay Lau & Associates, P.C. an administrative claim in the amount of $2,500.00, for resolution of the matter and this modification, upon application and Bankruptcy Court approval.

BY THE COURT:

**Date: September 20, 2017**

_____
　　　　　　　　　　　　　　　J.

Copies to:
Shawn J. Lau, Esquire
Lau & Associates, P.C.
4228 St. Lawrence Avenue
Reading, PA 19606

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
PO BOX 4010
Reading, PA 19606