United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John J. Roberts  
Sheila D. Roberts  
    Debtors

Case No. 15-15624-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 1     Date Rcvd: Sep 20, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2017.  
db/jdb       +John J. Roberts,    Sheila D. Roberts,    756 Hill Road,    Blandon, PA 19510-9733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2017 at the address(es) listed below:  
           FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
           JOSEPH L. HAINES     on behalf of Creditor     Fleetwood Bank jhaines@hainesattorneys.com  
           JOSHUA ISAAC GOLDMAN     on behalf of Creditor     Bank of America as serviced by Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           LISA MARIE CIOTTI     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
           SHAWN J. LAU     on behalf of Debtor John J. Roberts shawn_lau@msn.com  
           SHAWN J. LAU     on behalf of Joint Debtor Sheila D. Roberts shawn_lau@msn.com  
           THOMAS I. PULEO     on behalf of Creditor     Bank of America as serviced by Shellpoint Mortgage Servicing tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
           WILLIAM EDWARD CRAIG     on behalf of Creditor     AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                   TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**JOHN J. ROBERTS**<br>aka JOHN ROBERTS<br>AND<br>**SHEILA D. ROBERTS**<br>aka SHEILA ROBERTS<br>　　　　　　DEBTORS | BANKRUPTCY NO. 15-15624<br><br>CHAPTER NO. 13 |

**ORDER APPROVING MODIFICATION OF PLAN UNDER § 1329**

AND NOW, upon consideration of the Debtors' Motion to Modify their Amended Chapter 13 Plan, it is hereby

ORDERED that the Debtors' Chapter 13 Plan is modified to increase their plan payment to $422.70 per month for thirty-six (36) months beginning with their September 5, 2017 payment to pay: secured claims of: Fleetwood Bank with a remaining amount owed of $11,095.42; a pro rata distribution of the remaining plan amount on allowed timely filed unsecured claims; and to pay Lau & Associates, P.C. an administrative claim in the amount of $2,500.00, for resolution of the matter and this modification, upon application and Bankruptcy Court approval.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

**Date: September 20, 2017**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.

Copies to:
Shawn J. Lau, Esquire
Lau & Associates, P.C.
4228 St. Lawrence Avenue
Reading, PA 19606

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
PO BOX 4010
Reading, PA 19606