IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**JOHN J. ROBERTS**<br>aka JOHN ROBERTS<br>AND<br>**SHEILA D. ROBERTS**<br>aka SHEILA ROBERTS<br>　　　　　**DEBTORS** | **BANKRUPTCY NO. 15-15624**<br><br>**CHAPTER NO. 13** |

## CERTIFICATION OF NO RESPONSE

I, Shawn J. Lau, Esquire, of Lau & Associates, P.C., counsel for the Debtors does hereby certify that no answer, objection, responsive pleading or request for a hearing has been served upon me, or to the best of my knowledge, filed with the Court, in response to Lau & Associates, P.C.'s, Supplemental Application for Compensation and Reimbursement of Expenses which was served upon all parties in interest on September 20, 2017.

WHEREFORE, it is respectfully requested that this Honorable Court enter the Order granting the Supplemental Application for Compensation and Reimbursement of Expenses.

Dated: October 12, 2017　　　　　　　　LAU & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　By: */s/ Shawn J. Lau*
　　　　　　　　　　　　　　　　　　　Shawn J. Lau, Esquire
　　　　　　　　　　　　　　　　　　　4228 St. Lawrence Avenue
　　　　　　　　　　　　　　　　　　　Reading, PA 19606
　　　　　　　　　　　　　　　　　　　610-370-2000 Phone