*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John J. Roberts and Sheila D. Roberts

    Debtor(s)

Case No: 15–15624–ref

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation for SHAWN J. LAU, Debtor's Attorney, Period: 8/2/2016 to 8/31/2017, Fee: $2500.00, Expenses: $0.00 Filed by SHAWN J. LAU

on: 11/2/17

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  10/17/17

Timothy B. McGrath
Clerk of Court