United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-15624-ref
John J. Roberts                                                 Chapter 13
Sheila D. Roberts
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Lisa              Page 1 of 1                Date Rcvd: Oct 17, 2017
                              Form ID: 167            Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
```
db/jdb         +John J. Roberts,    Sheila D. Roberts,    756 Hill Road,    Blandon, PA 19510-9733
cr             +Ocwen Loan Servicing, LLC,    Robertson, Anschutz, Shcneid P.L.,    6409 Congress Ave,
                 Suite 100,    Boca Raton, fl 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: depositadministration@fleetwoodbank.com Oct 18 2017 01:41:52     Fleetwood Bank,
                 Main and Franklin Streets,    P.O. Box 105,    Fleetwood, PA 19522-0105
                                                                                             TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH L. HAINES    on behalf of Creditor   Fleetwood Bank jhaines@hainesattorneys.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Bank of America as serviced by Shellpoint Mortgage
               Servicing bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SHAWN J. LAU    on behalf of Joint Debtor Sheila D. Roberts shawn_lau@msn.com
              SHAWN J. LAU    on behalf of Debtor John J. Roberts shawn_lau@msn.com
              THOMAS I. PULEO    on behalf of Creditor   Bank of America as serviced by Shellpoint Mortgage
               Servicing tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John J. Roberts and Sheila D. Roberts
    Debtor(s)

Case No: 15–15624–ref
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation for SHAWN J. LAU, Debtor's Attorney, Period: 8/2/2016 to 8/31/2017, Fee: $2500.00, Expenses: $0.00 Filed by SHAWN J. LAU

on: 11/2/17

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 10/17/17

Timothy B. McGrath
Clerk of Court

71 – 68
Form 167