IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>JOHN J. ROBERTS<br>aka JOHN ROBERTS<br>AND<br>SHEILA D. ROBERTS<br>aka SHEILA ROBERTS<br>　　　　　DEBTORS | BANKRUPTCY NO. 15-15624<br><br>CHAPTER NO. 13 |
|---|---|

## ORDER

AND NOW, upon consideration of the foregoing Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed after Confirmation of Chapter 13 Plan of John J. Roberts and Sheila D. Roberts, for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

ORDERED AND DECREED that Lau & Associates P.C. be allowed $2,500.00 as legal fees from August 2, 2016 through and including August 31, 2017.

11/2/17

BY THE COURT:

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge