United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John J. Roberts  
Sheila D. Roberts  
    Debtors

Case No. 15-15624-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa    Page 1 of 1    Date Rcvd: Nov 02, 2017  
                        Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2017.
```
db/jdb         +John J. Roberts,    Sheila D. Roberts,    756 Hill Road,    Blandon, PA 19510-9733
cr             +Ocwen Loan Servicing, LLC,    Robertson, Anschutz, Shcneid P.L.,    6409 Congress Ave,
                 Suite 100,    Boca Raton, fl 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: depositadministration@fleetwoodbank.com Nov 03 2017 01:10:10      Fleetwood Bank,
                  Main and Franklin Streets,    P.O. Box 105,    Fleetwood, PA 19522-0105
                                                                                              TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH L. HAINES    on behalf of Creditor    Fleetwood Bank jhaines@hainesattorneys.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America as serviced by Shellpoint Mortgage
               Servicing bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SHAWN J. LAU    on behalf of Joint Debtor Sheila D. Roberts shawn_lau@msn.com
              SHAWN J. LAU    on behalf of Debtor John J. Roberts shawn_lau@msn.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America as serviced by Shellpoint Mortgage
               Servicing tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 9
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JOHN J. ROBERTS<br>aka JOHN ROBERTS<br>AND<br>SHEILA D. ROBERTS<br>aka SHEILA ROBERTS<br>DEBTORS | BANKRUPTCY NO. 15-15624<br><br>CHAPTER NO. 13 |

## ORDER

AND NOW, upon consideration of the foregoing Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed after Confirmation of Chapter 13 Plan of John J. Roberts and Sheila D. Roberts, for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

ORDERED AND DECREED that Lau & Associates P.C. be allowed $2,500.00 as legal fees from August 2, 2016 through and including August 31, 2017.

11/2/17

BY THE COURT:

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge