| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 15-15624-PMM**

JOHN J. ROBERTS  
SHEILA D. ROBERTS  
756 HILL ROAD  
BLANDON  PA   19510

Petition Filed Date: 08/05/2015  
341 Hearing Date: 10/13/2015  
Confirmation Date: 04/28/2016

Case Status: Completed on 8/ 5/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $422.70 | | 02/08/2019 | $422.70 | | 03/19/2019 | $422.70 | |
| 04/16/2019 | $422.70 | | 05/14/2019 | $422.70 | | 06/27/2019 | $422.70 | |
| 07/22/2019 | $422.70 | | 08/20/2019 | $422.70 | | 09/16/2019 | $422.70 | |
| 10/16/2019 | $422.70 | 6256976000 | 11/14/2019 | $422.70 | 6330055000 | 12/10/2019 | $422.70 | 6394694000 |
| 04/20/2020 | $2,536.20 | 6727929000 | 05/12/2020 | $422.70 | 6784235000 | 07/06/2020 | $422.70 | 6921131000 |
| 08/05/2020 | $845.40 | 6994263000 | | | | | | |

**Total Receipts for the Period: $9,299.40   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $21,859.90**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»» 001 | Unsecured Creditors | $5,219.43 | $0.00 | $5,219.43 |
| 2 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 002 | Unsecured Creditors | $1,716.95 | $0.00 | $1,716.95 |
| 5 | CAVALRY INVESTMENTS LLC<br>»» 005 | Unsecured Creditors | $22,019.71 | $0.00 | $22,019.71 |
| 7 | FLEETWOOD BANK<br>»» 007 | Mortgage Arrears | $11,788.62 | $11,296.44 | $492.18 |
| 6 | PORANIA LLC<br>»» 006 | Unsecured Creditors | $115.83 | $0.00 | $115.83 |
| 4 | SEVENTH AVENUE<br>»» 004 | Unsecured Creditors | $283.98 | $0.00 | $283.98 |
| 8 | NEWREZ LLC  D/B/A<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | STONEBERRY<br>»» 003 | Unsecured Creditors | $203.56 | $0.00 | $203.56 |
| 9 | SHAWN J LAU ESQ<br>»» 009 | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |
| 10 | SHAWN J LAU ESQ<br>»» 010 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |

Chapter 13 Case No. 15-15624-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,859.90 | Current Monthly Payment: | $422.70 |
| Paid to Claims: | $18,796.44 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,922.17 | Total Plan Base: | $21,437.20 |
| Funds on Hand: | $1,141.29 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.