Certificate Number: 17572-PAE-DE-034955873

Bankruptcy Case Number: 15-15624



17572-PAE-DE-034955873

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 6, 2020, at 3:18 o'clock PM PDT, John J Roberts completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 6, 2020                By:    /s/Benjamin E Wunsch

Name:  Benjamin E Wunsch

Title:   Counselor