Certificate Number: 17572-PAE-DE-034955873

Bankruptcy Case Number: 15-15624



17572-PAE-DE-034955873

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 6, 2020</u>, at <u>3:18</u> o'clock <u>PM PDT</u>, <u>John J Roberts</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 6, 2020</u>           By:    <u>/s/Benjamin E Wunsch</u>

                                        Name:  <u>Benjamin E Wunsch</u>

                                        Title: <u>Counselor</u>

Certificate Number: 17572-PAE-DE-034955875

Bankruptcy Case Number: 15-15624



17572-PAE-DE-034955875

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 6, 2020</u>, at <u>3:18</u> o'clock <u>PM PDT</u>, <u>Sheila D Roberts</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 6, 2020</u>                By:   <u>/s/Benjamin E Wunsch</u>

Name:   <u>Benjamin E Wunsch</u>

Title:   <u>Counselor</u>