IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JOHN J. ROBERTS<br>aka JOHN ROBERTS<br>AND<br>SHEILA D. ROBERTS<br>aka SHEILA ROBERTS<br>　　　　　DEBTORS | BANKRUPTCY NO. 15-15624<br><br>CHAPTER NO. 13 |

## ORDER

AND NOW, upon consideration of the Motion for an Order Directing Clerk to Withdraw Deposited Principal and Disburse the Same to Debtors in the above matter, it is hereby ORDERED and DECREED that the Clerk of this Court is directed to withdraw the principal that was deposited in this cause of action, plus all interest accrued, from the registry of the Court and, after deductions are made for any appropriate investment services fee and registry fee, disburse the remaining funds to the Debtors at the below address:

John Roberts & Sheila Roberts
756 Hill Road
Blandon, PA 19510

BY THE COURT:

_/s/ Patricia M. Mayer_
_____
Patricia M. Mayer
U.S. Bankruptcy Judge

**Date: March 4, 2021**