United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-15624-pmm |
| John J. Roberts | Chapter 13 |
| Sheila D. Roberts | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John J. Roberts, Sheila D. Roberts, 756 Hill Road, Blandon, PA 19510-9733 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:

**Name**              **Email Address**

JOSEPH L. HAINES
    on behalf of Creditor Fleetwood Bank jhaines@hainesattorneys.com

JOSHUA I. GOLDMAN
    on behalf of Creditor Bank of America as serviced by Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com
    kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

SHAWN J. LAU
        on behalf of Debtor John J. Roberts shawn_lau@msn.com  g61705@notify.cincompass.com

SHAWN J. LAU
        on behalf of Joint Debtor Sheila D. Roberts shawn_lau@msn.com  g61705@notify.cincompass.com

THOMAS I. PULEO
        on behalf of Creditor Bank of America as serviced by Shellpoint Mortgage Servicing tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
        on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>JOHN J. ROBERTS<br>aka JOHN ROBERTS<br>AND<br>SHEILA D. ROBERTS<br>aka SHEILA ROBERTS<br>DEBTORS | BANKRUPTCY NO. 15-15624<br><br>CHAPTER NO. 13 |
|---|---|

## ORDER

AND NOW, upon consideration of the Motion for an Order Directing Clerk to Withdraw Deposited Principal and Disburse the Same to Debtors in the above matter, it is hereby ORDERED and DECREED that the Clerk of this Court is directed to withdraw the principal that was deposited in this cause of action, plus all interest accrued, from the registry of the Court and, after deductions are made for any appropriate investment services fee and registry fee, disburse the remaining funds to the Debtors at the below address:

John Roberts & Sheila Roberts
756 Hill Road
Blandon, PA 19510

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer
U.S. Bankruptcy Judge

**Date: March 4, 2021**