United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                Case No. 15-15624-pmm

John J. Roberts                                                                                 Chapter 13

Sheila D. Roberts

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 08, 2021 | Form ID: 138NEW | Total Noticed: 63 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John J. Roberts, Sheila D. Roberts, 756 Hill Road, Blandon, PA 19510-9733 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Ocwen Loan Servicing, LLC, Robertson, Anschutz, Shcneid P.L., 6409 Congress Ave, Suite 100, Boca Raton, fl 33487-2853 |
| 13576304 | | AT&T Mobility, Payment Processing Center, P.O. Box 55126, Saint Paul, MN 55126 |
| 13661160 | + | Americredit Financial Services, Inc., William E. Craig, Esq. LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 13576301 | | Anesthesia Associates of Abington, P.O. Box 8500-5365, Philadelphia, PA 19178-5365 |
| 13576302 | | Apex Asset Management, 1286 Carmichael Way, Montgomery, AL 36106-3645 |
| 13576305 | + | BAC Home Loans Servicing, LP, Countrywide Home Loans Servicing, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 13576308 | | BYL Management Serv LLC, 301 Lacey Street, West Chester, PA 19382-3727 |
| 13708449 | + | Bank of America, c/o Joshua I. Goldman, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 13839505 | + | Bank of America, c/o Thomas Puleo, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13659691 | | Bank of America, N.A., c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 13576306 | + | Barclays Bank Delaware, 700 Prides Xing, Newark, DE 19713-6109 |
| 13576307 | + | Blue Ridge Cable, 241 Lehigh Gap Street, Walnutport, PA 18088-1239 |
| 13576313 | + | Covergent Healthcasre Recoveries, Inc., 121 NE Jefferson ST, Ste 100, Peoria, IL 61602-1229 |
| 13576323 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, 1130 Northchase PKWY SE, Marietta, GA 30067 |
| 13576322 | | Fleetwood Bank, Main and Franklin Streets, Fleetwood, PA 19522 |
| 13659074 | + | Fleetwood Bank, c/o Joseph L. Haines, Esq., 38 North 6th Street, PO Box 8536, Reading, PA 19603-8536 |
| 13576324 | + | GMC Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 13576325 | | HSBC, Payment Center, P.O. Box 17313, Baltimore, MD 21297-1313 |
| 13576326 | + | HSBC Bank, P.O. Box 9, Buffalo, NY 14240-0009 |
| 13723045 | + | Lau & Associates, P.C., 4228 St. Lawrence Avenue, Reading, PA 19606-2894 |
| 13576332 | + | Ocwen Loan Servicing, LLC, 1661 Worthington Road, STE 100, West Palm Beach, FL 33409-6493 |
| 13576333 | + | Open Air MRI, 1146 S. Cedar Crest, Ste 102, Allentown, PA 18103-7987 |
| 13576336 | | Reading Health System, P.O. Box 70884, Philadelphia, PA 19176-5884 |
| 13576337 | + | Robert P. Grim, Esquire, 262 West Main Street, Kutztown, PA 19530-1604 |
| 13576338 | | Seventh Avenue, 1112 7th Avenue, Redwood Valley, CA 95470-1543 |
| 13610705 | + | U.S. Bank National Association, c/o Robertson, Anschultz & Schneid, PL, Bankruptcy Department, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2021 03:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA |

District/off: 0313-4 | User: admin | Page 2 of 4
Date Rcvd: Mar 08, 2021 | Form ID: 138NEW | Total Noticed: 63

17128-0946

| | | | |
|---|---|---|---|
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 09 2021 03:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/Text: depositadministration@fleetwoodbank.com | Mar 09 2021 03:25:00 | Fleetwood Bank, Main and Franklin Streets, P.O. Box 105, Fleetwood, PA 19522-0105 |
| 13591907 | + Email/Text: g20956@att.com | Mar 09 2021 03:25:00 | AT&T Mobility II LLC, % AT&T Services, Inc, Karen Cavagnaro, Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 13576298 | Email/Text: EBNProcessing@afni.com | Mar 09 2021 03:25:00 | Afni, Inc, P.O. Box 3427, Bloomington, IL 61702-3427 |
| 13576300 | + Email/Text: EBNProcessing@afni.com | Mar 09 2021 03:25:00 | Afni, Inc., P.O. Box 3097, Bloomington, IL 61702-3097 |
| 13588578 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 09 2021 03:25:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13576303 | + Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Mar 09 2021 03:25:00 | Asset Acceptance, P.O. Box 1630, Warren, MI 48090-1630 |
| 13576309 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 09 2021 03:05:27 | Capital One Bank USA NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 13576310 | + Email/Text: bankruptcy@cavps.com | Mar 09 2021 03:25:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 13606158 | + Email/Text: bankruptcy@cavps.com | Mar 09 2021 03:25:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13576311 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2021 03:05:41 | Citibank, P.O. 6497, Sioux Falls, SD 57117-6497 |
| 13576312 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2021 03:05:39 | Citibank Sears, P.O. 6497, Sioux Falls, SD 57117-6497 |
| 13576314 | + Email/Text: bankruptcy_notifications@ccsusa.com | Mar 09 2021 03:25:00 | Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 13576315 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 09 2021 03:03:58 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 13576316 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 09 2021 03:03:58 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 13576319 | Email/Text: G06041@att.com | Mar 09 2021 03:25:00 | DirecTV Customer Service, C/O Bankruptcy Claims, P.O. Box 6550, Greenwood Villag, CO 80155-6550 |
| 13576318 | + Email/PDF: DellBKNotifications@resurgent.com | Mar 09 2021 03:03:59 | Dell Finl Svc Web Bank, P.O. Box 81607, Austin, TX 78708-1607 |
| 13576320 | + Email/Text: bankruptcy@sccompanies.com | Mar 09 2021 03:25:00 | Dr Leonards/Carol Wright, 1515 S 21st Street, Clinton, IA 52732-6676 |
| 13576321 | + Email/Text: bankruptcy@sccompanies.com | Mar 09 2021 03:25:00 | Dr. Leonards, P.O. Box 2845, Monroe, WI 53566-8045 |
| 13576328 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 09 2021 03:05:28 | LVNV Funding, LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 13576329 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 09 2021 03:05:28 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10497, MS 576, Greenville, SC 29603-0497 |
| 13576327 | + Email/Text: bankruptcy@fult.com | Mar 09 2021 03:25:00 | LaFayette Ambassador BK, P.O. Box 25091, Lehigh Valley, PA 18002-5091 |
| 13576330 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 09 2021 03:06:57 | Merrick Bank, 10705 S. Jordan Gtwy, Ste 200, South Jordan, UT 84095-3977 |
| 13576331 | + Email/Text: bankruptcydpt@mcmcg.com | | |

District/off: 0313-4 | User: admin | Page 3 of 4
Date Rcvd: Mar 08, 2021 | Form ID: 138NEW | Total Noticed: 63

| | | Mar 09 2021 03:25:00 | Midland Funding, 8875 Aero Drive, Ste. 200, San Diego, CA 92123-2255 |
| 13576335 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 09 2021 03:06:58 | Portfolio Recovery, 120 Corporate Boulevard, STE 100, Norfolk, VA 23502 |
| 13576334 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 09 2021 03:05:28 | Pinnacle Credit Services, P.O. Box 640, Hopkins, MN 55343-0640 |
| 13598761 | + Email/Text: bankruptcy@sccompanies.com | Mar 09 2021 03:25:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13592306 | + Email/Text: bankruptcy@sccompanies.com | Mar 09 2021 03:25:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13576339 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 09 2021 03:25:00 | Verizon Wireless/ Southeast, P.O. Box 26055, Minneapolis, MN 55426-0055 |
| 13576340 | + Email/PDF: DellBKNotifications@resurgent.com | Mar 09 2021 03:05:28 | Webbank/DFS, P.O. Box 81607, Austin, TX 78708-1607 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13576299 | * | Afni, Inc., P.O. Box 3427, Bloomington, IL 61702-3427 |
| 13597372 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13576317 | ##+ | Debt Recovery Solutions, 900 Merchants, Concourse 106, Westbury, NY 11590-5142 |
| 13609802 | ##+ | Porania LLC, P. O. Box 11405, Memphis, TN 38111-0405 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 10, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH L. HAINES | on behalf of Creditor Fleetwood Bank jhaines@hainesattorneys.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Bank of America as serviced by Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |

District/off: 0313-4                          User: admin                                Page 4 of 4
Date Rcvd: Mar 08, 2021                   Form ID: 138NEW                        Total Noticed: 63

SCOTT F. WATERMAN (Chapter 13)
                        ECFMail@ReadingCh13.com

SHAWN J. LAU
                        on behalf of Joint Debtor Sheila D. Roberts shawn_lau@msn.com  g61705@notify.cincompass.com

SHAWN J. LAU
                        on behalf of Debtor John J. Roberts shawn_lau@msn.com  g61705@notify.cincompass.com

THOMAS I. PULEO
                        on behalf of Creditor Bank of America as serviced by Shellpoint Mortgage Servicing tpuleo@kmllawgroup.com
                        bkgroup@kmllawgroup.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                        on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
                        mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: John J. Roberts and Sheila D. Roberts

Debtor(s)                                                Bankruptcy No: 15−15624−pmm

Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

4. All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 3/8/21

98 − 97
Form 138_new